■ In the Matter of AZBY BROKERAGE, INC., et al., Appellants, v JAMES P. CORCORAN, as Superintendent of Insurance of the State of New York, et al., Respondents.—Judgment, Supreme Court, New York County (Bruce Wright, J.), entered on April 25, 1988, unanimously affirmed, for reasons stated by Bruce Wright, J., without costs and without disbursements. Concur—Kupferman, J. P., Ross, Carro, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICIO OSORIO, Appellant.—Judgment, Supreme Court, New York County (Joan Carey, J., at trial and sentence), rendered on April 26, 1988, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Ross, Carro, Ellerin and Smith, JJ.